# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 26, 2020

## NO. 03-18-00578-CR

**Krystal Nicole Lerma, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM THE 391ST DISTRICT COURT OF TOM GREEN COUNTY
BEFORE JUSTICES GOODWIN, BAKER, AND KELLY
AFFIRMED ON MOTION FOR REHEARING-- OPINION BY JUSTICE KELLY**

This is an appeal from the judgment of conviction rendered by the trial court. The Court's opinion and judgment dated August 14, 2019, are withdrawn. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the judgment. Therefore, the Court affirms the trial court's judgment of conviction. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.